IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANGELA DIANA CARAMAGNO, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 17-5014 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ____15th____ day of April, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of His Request for Review ("Request for Review") (Doc. 10), Defendant's Response to Request for Review of Plaintiff (Doc. 12), Plaintiff's Reply Brief (Doc. 14), and the Report and Recommendation of Chief United States Magistrate Judge Linda K. Caracappa ("Report and Recommendation") (Doc. 17), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and
2. Plaintiff's Request for Review (Doc. 10) is **DENIED** consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, U.S.D.J.